JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

THERESA BROOKE,

       Plaintiff,

   v.

AWH ANAHEIM HOTEL LLC,

       Defendant.

Case No. 8:23-cv-00053-JWH-ADS

**JUDGMENT**

1    Pursuant to the Scheduling Notice and Order [ECF No. 25] entered on or
2  about August 23, 2023, and in accordance with Rules 41(b) and 58 of the Federal
3  Rules of Civil Procedure,
4    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
5    1.    This action, including all claims and counterclaims asserted herein,
6  is **DISMISSED**.
7    2.    To the extent that any party requests any other form of relief, such
8  request is **DENIED**.
9    **IT IS SO ORDERED.**
10
11  Dated:____September 20, 2023____          _____
12                                            John W. Holcomb
                                              UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28